JPML FORM 1A

DOCKET ENTRIES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 567 -- In re UHS-Qualicare, Inc. Contract Litigation

| Date | No. | Description |
|---|---|---|
| 83/09/29 | 1 | MOTION/MEMORANDUM W/EXHIBITS, SCHEDULE, AND CERT. OF SVC. -- Universal Health Services, Inc. and UHS-Qualicare, Inc. -- Suggested Transferee District: Western District of Washington. (jsj) |
| 83/10/07 | | APPEARANCES -- J. DAVID FORSYTH, ESQ. for River Oaks, Inc.; W. W. REEVES, ESQ. for Lander Valley Regional and Medican Center, Inc.; JAMES NESPOLE, ESQ. for Universal Health Services, Inc., UHS-Qualicare, Inc., UHS of the Gulf Coast, Inc., UHS Sub, Inc., Ted Johnson and Greg Roth; CHRISTOPHER I. BRAIN, ESQ. for Safecare Co., Inc., S. C. Lander, S. C. Longview, S.C. River Oaks, Mr. and Mrs. Stephen Wright, Mr. and Mrs. Lawrence Wells, Mr. and Mrs. Stephen Jepson, Qualicare of Wyoming, Qualicare of Mississippi and Qualicare of Jefferson (ds) |
| 83/10/11 | 2 | REQUEST FOR EXTENSION OF TIME-- Defts. Safecare Co., Inc., S.D. Lander, S.C. Longview, S.C. River Oaks, Mr. & Mrs. Stephen Jepson, Qualicare of Wyoming, Qualicare of Mississippi and Qualicare of Jefferson -- GRANTED to and including November 7, 1983. (ds) |
| 83/10/12 | 3 | REQUEST FOR EXTENSION OF TIME -- Gulf Coast Community Hospital, Inc. -- GRANTED to and including November 7, 1983. (ds) |
| 83/10/12 | 4 | REQUEST FOR EXTENSION OF TIME -- Lander Valley Regional Medical Center, Inc. -- GRANTED to and including November 7, 1983. (ds) |
| 83/10/13 | 5 | REQUEST FOR EXTENSION OF TIME -- River Oaks, Inc. -- GRANTED to and including November 7, 1983. (ds) |
| 83/10/14 | | APPEARANCE -- WILLIAM M. RAINEY, ESQ. for Gulf Coast Community Hospital, Inc. (ds) |
| 83/11/03 | 6 | REQUEST FOR EXTENSION OF TIME -- River Oaks, Inc. -- GRANTED TO AND INCLUDING NOVEMBER 21, 1983 (cds) |
| 83/11/03 | 7 | REQUEST FOR EXTENSION OF TIME -- Gulf Coast Community Hospital, Inc. -- GRANTED TO AND INCLUDING NOVEMBER 21, 1983 (cds) |
| 83/11/04 | 8 | REQUEST FOR EXTENSION OF TIME -- Lander Valley Regional Medical Center, Inc. -- GRANTED TO AND INCLUDING NOVEMBER 21, 1983 (cds) |
| 83/11/04 | 9 | REQUEST FOR EXTENSION OF TIME -- Safecare Co., Inc.; S.C. Longview, Inc.; S.C. River Oaks, Inc.; S.C. Lander, Inc.; L.W. Wells; J. Stephen Wright and Stephen Jepson -- GRANTED TO AND INCLUDING NOVEMBER 21, 1983 (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/11/21 | 10 | RESPONSE -- Gulf Coast Community Hospital, Inc. -- w/cert. of service  (cds) |
| 83/11/21 | 11 | RESPONSE, MEMORANDUM -- Safecare Co., Inc., S.C. Longview, Inc., S.C. River Oaks, Inc., S.C. Lander, Inc., Mr. and Mrs. Lawrence W. Wells, Mr. and Mrs. Stephen R. Jepson -- w/cert. of service  (cds) |
| 83/11/21 | 12 | RESPONSE, EXHIBITS A-F, MEMORANDUM -- River Oaks, Inc. -- w/cert. of service  (cds) |
| 83/11/21 | 13 | RESPONSE, MEMORANDUM, ATTACHMENT -- Lander Valley Regional Medical Center, Inc. -- w/cert. of service  (cds) |
| 83/12/19 | | HEARING ORDER -- Setting for Panel hearing, the motion of Universal Health Services, Inc. and UHS-Qualicare, Inc. for transfer of actions to the W.D. Washington, on January 26, 1984, in Atlanta, Georgia.  (ds) |
| 84/01/24 | | HEARING APPEARANCES:  JAMES NESPOLE, ESQ. for Universal Health Services, Inc., UHS-Qualicare, Inc., Qualicare Sub, Inc., UHS of the Gulf Coast, Inc.; Ted Johnson and Greg Roth; J. DAVID FORSYTH, ESQ. for River Oaks, Inc.; WILLIAM H. BLOCK, ESQ. for Safecare Co., Inc., et al.  (cds) |
| 84/01/24 | | WAIVERS OF ORAL ARGUMENT:  Lander Valley Regional Medical Center, Inc.  (cds) |
| 84/02/02 | | ORDER DENYING TRANSFER of litigation (A-2 thru A-4) pursuant to 28 U.S.C. §1407.  (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 567 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE UHS-QUALICARE, INC. CONTRACT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 1/26/84 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 2/2/84 | MO (Denied) | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 84/02/02

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 567 -- IN RE UHS-QUALICARE, INC. CONTRACT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Gulf Coast Community Hospital, Inc. v. Ted Johnson, et al. | S.D.Miss Nixon | S83-0719(N) | | | | |
| A-2 | River Oaks, Inc. v. UHS-Qualicare, Inc., et al. | E.D.La. Collins | 83-4523 | | | | |
| A-3 | Lander Valley Regional Medical Center, Inc. v. UHS-Qualicare, Inc. | D.Wyo. Brimmer | 83-0330 | | | | |
| A-4 | Universal Health Services, Inc., et al. v. Safecare Company, Inc., et al. | W.D.Wash. Rothstein | C83-1263 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 567 -- IN RE UHS-QUALICARE, INC. CONTRACT LITIGATION

---

RIVER OAKS, INC. (A-2)
J. David Forsyth, Esquire
Sessions, Fishman, Rosenson,
Boisfontaine & Nathan
2500 Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130

LANDER VALLEY REGIONAL
MEDICAL CENTER, INC. (A-3)
W. W. Reeves, Esquire
Vlastos, Reeves, Murdock & Brooks, P.C.
P.O. Box 10
Casper, Wyoming 82602

UNIVERSAL HEALTH SERVICES, INC.
UHS-QUALICARE INC
UHS OF THE GULF COAST, INC.
UHS SUB, INC.
TED JOHNSON
GREG ROTH
James Nespole, Esquire
Reavis & McGrath
345 Park Avenue
New Yor,, New York 10154

SAFECARE CO., INC.
S. C. LANDER
S. C. LONGVIEW
S. C. RIVER OAKS
MR. AND MRS. STEPHEN WRIGHT
MR. AND MRS. LAWRENCE WELLS
MR. AND MRS. STEPHEN JEPSON
QUALIDARE OF WYOMING
QUALICARE OF MISSISSIPPI
QUALICARE OF JEFFERSON
Christopher I. Brain, Esquire
Haggard, Tousley & Brain
720 Olive Way
Suite 1700
Seattle, Washington 98101

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 567 -- In re UHS-Qualicare, Inc. Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Ted Johnson ✗ | A-1, |
| UHS-Qualicare, Inc. ✗ | A-1, 2, 3 |
| UHS of the Gulf Coast ✗ | A-1 |
| Qualicare Sub, Inc. ✗ | A-1, 2 |
| Greg Roth ✗ | A-2 |
| Safecare Company, Inc. ✗ | A-4 |
| S.C. River Oaks, Inc. ✗ | A-4 |
| S.C. Lander, Inc. ✗ | A-4 |
| S.C. Longview, Inc. ✗ | A-4 |
| J. Stephen Wright ✗ | A-4 |
| Stephen Jepson ✗ | A-4 |

p. _____

| | A-4 |
|---|---|
| Larry Wells ✓ | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |